UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-

RUBEN ESTRADA,

                Defendant

-------------------------------------------------------------------X

DECLARATION

S1 13 Cr. 00272 (PGG)

SUSAN V. TIPOGRAPH, an attorney duly admitted to practice law before this Court, pursuant to 28 U.S.C. § 1746, declares as follows:

1. That I am the attorney for Ruben Estrada in the above-captioned matter. I submit this declaration in support of his motion to suppress evidence of his arrest and purported statements.

2. I make this affirmation in support of Mr. Estrada's Motion for a Bill of Particulars.

3. As detailed more thoroughly in the accompanying Memorandum of Law, which is annexed hereto, Mr. Estrada's motion for a Bill of Particulars should be granted.

    Dated: January 10, 2014
         New York, New York

                                        _____
                                        SUSAN V. TIPOGRAPH