UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

RUBEN ESTRADA,

              Defendant
------------------------------------------------------------------X

NOTICE OF MOTION

S1 13 Cr. 00272 (PGG)

      PLEASE TAKE NOTICE, that upon the annexed Declaration of SUSAN V. TIPOGRAPH, the attached Exhibits and all prior papers and proceedings heretofore had, the undersigned, on behalf of defendant RUBEN ESTRADA, will move this Court before the Honorable Paul G. Gardephe, at the United States Courthouse located at 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an Order to suppress evidence of purported statements made on or about August 29, 2012, and any other relief as may be just and proper.

      The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated: January 10, 2014
       New York, New York

Yours, etc.

*(signed)*
SUSAN V. TIPOGRAPH
GRÁINNE E. O'NEILL
*Attorneys for* **RUBEN ESTRADA**
11 Park Place, Ste. 914
New York, New York 10007
Tel. No. (212)431-5360

BOBBI C. STERNHEIM
33 West 19th Street 4th Floor
New York, New York 10011
Tel. No. (212)243-1100