UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN ESTRADA,

        Plaintiff,

- against -

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

19 Civ. 9639 (PGG)
13 Cr. 272-03 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Ruben Estrada has requested an extension of time to reply to the Government's opposition to his Section 2255 petition. (Dkt. No. 10) Mr. Estrada states that he received the Government's opposition on January 19, 2020, that he was recently transferred to another correctional institution, and that he has had difficulty accessing the law library. Accordingly, it is hereby ORDERED that Mr. Estrada will have until March 31, 2020, to reply to the Government's opposition.

        The Clerk of Court is directed to send a copy of this Order by certified mail to pro se Petitioner.

Dated: New York, New York
       February 19, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge