UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>- v -<br><br>RUBEN ESTRADA,<br><br>Defendant. | 13 Cr. 272 (PGG) |

**ORDER**

Upon review of defendant's letter motion, it is hereby:

ORDERED that Grainne E. O'Neill, Esq. be appointed to represent Ruben Estrada in the above-captioned matter, pursuant to the Criminal Justice Act, *nunc pro tunc,* to April 3, 2020.

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge

Dated: New York, New York

September 9, 2020