UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>    - v -<br><br>RUBEN ESTRADA,<br><br>        Defendant. | 13 Cr. 272 (PGG) |

**ORDER**

Upon review of defendant's motion, it is hereby:

ORDERED that the Bureau of Prisons release to Defendant's counsel, Grainne E. O'Neill, Esq. within five business days of this Order:

(1)   Ruben Estrada's (#67442-054) complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and

(2)   Any documents or other records relating to the Bureau of Prisons' designation of Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge

Dated: New York, New York

September 9, 2020