**O'NEILL / HASSEN**                                                                  Attorneys at Law

July 18, 2025

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE: *United States v. Ruben Estrada,* 13 Cr 272 (PGG)

Dear Judge Gardephe:

      I am writing regarding the above-captioned matter. I was initially appointed as associate counsel in the above captioned case and then was reappointed in 2020 for the purposes of potentially filing a motion for a sentence reduction. We did not file a motion for a reduction of sentence at that time.

      Mr. Estrada has written to the Court seeking the appointment of counsel to assist him with filing a new motion for a modification of sentence (ECF Docket # 379). I now write to ask the Court to reappoint me, pursuant to the CJA, so that I can assist him with his concerns.

      Should the Court appoint me, I will contact Mr. Estrada to assist him. I thank the Court for its attention to this matter.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 21, 2025

Respectfully submitted,

/s

Grainne E. O'Neill

1 / P (212) 203-1858      4 / www.oandh.net
2 / F (212) 203-1858      5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net     6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA